UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:08-1074 |
| | ) | |
| -v- | ) | |
| | ) | |
| JEREMY MARTINEZ-PEREZ | ) | **NOTICE OF APPEAL** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Notice is hereby given that Jeremy Martinez-Perez, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgement entered in this action on the 25th of June, 2010.

 s/ T. Kirk Truslow
T. Kirk Truslow
Attorney for Defendant
P.O. Box 238
North Myrtle Beach, SC 29597

June 30, 2010